# United States District Court
## Violation Notice

CCIO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7678055 | Ruiz | R9693 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/21/2018  2356 | 18 USC 7,13 |

Place of Offense: 5135B Solaris Hills

Offense Description: Factual Basis for Charge  HAZMAT ☐

PC 243(e)(1)
Domestic violence, Battery to spouse

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Rice | Jessica | L |

[defendant information redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. See instructions (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

If no court appearance date is shown, you will be notified of your appearance date by mail.

FORT IRWIN COURTHOUSE
3RD STREET, BLDG 219
FORT IRWIN, CA 92310
(760) 380-4931

Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Jessica Rice

(Rev. 03/2016)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/22, 20 18 while exercising my duties as a law enforcement officer in the Fort Irwin District of San Bernardino

I returned back to 5135B Solaris Hills for a domestic that happened the night before 10/21/2018, where I met with Horne, who informed me that his wife Rice was possibly subject to take custody of her and transported her to the FIPD. An FI card was collected, she was read her rights on a 3981 insert, her rights, finger printed, photographed and was released on her own recognizance after she agreed to appear in court.

PC 243(e)(1)
Domestic violence, Battery to spouse

The foregoing statement is based upon:

☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/2018
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident