# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) EDCR19-00013-UA (CC10 7678055)   CourtSmart: 1-10-19   Date: January 10, 2019

Present: The Honorable: __Sheri Pym__   United States Magistrate Judge

| Donnisha Brown | G. Lesser | None | N/A |
|---|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter | Language |

United States of America  v.  Jessica Rice

Attorney Present for Defendant: Young Kim

[✓] Present  [ ] Custody  [ ] Bond  [ ] Summons    [✓] Present  [ ] CJA  [ ] Ret'd  [✓] DFPD  [ ] Not Present

## PROCEEDINGS HAD ON VIOLATION NOTICE

[✓] Defendant arraigned. Informed of charges and rights.
[✓] Defendant filed financial affidavit and is informed of consequences if any false information is given.
[✓] Attorney appointed __Young Kim__   [✓] DFPD / [ ] PANEL
[ ] Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
[ ] Defendant enters plea of: [ ] Guilty  [ ] Not Guilty  [ ] Nolo Contendere
[ ] Court accepts plea.
[✓] Court orders case continued to: __March 14, 2019__ at __10:00 a.m.__ in Courtroom __239__
   for __status conference__
[ ] Bail is set at $_____   P/R. [ ] Defendant released.
[ ] Fine imposed. See separate order re: fine.
[ ] On motion of the government, Court orders case dismissed as to citation(s): _____
[ ] Court orders case dismissed.
[ ] Court orders defendant participate in Traffic School, complete same by _____
   or appear on _____ in Courtroom _____ before _____
[ ] The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
[ ] Defendant is notified of the right to appeal sentence.
[ ] Other _____

cc: AUSA

D. Brown
Deputy Clerk

Time in Court: 00:05

M-2 (08/13)   PROCEEDINGS SHEET ON VIOLATION NOTICE