# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. EDCR19-00013-SP | Date March 14, 2019 |

Present: The Honorable  SHERI PYM, UNITED STATES MAGISTRATE JUDGE

Interpreter  None

| Donnisha Brown | | G. Lesser / A. Quagge |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|
| Jessica Rice | | Young Kim, DFPD | |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CVB CITATION

Upon motion by the government, Court orders that CVB citation 7678055 be dismissed.

Initials of Deputy Clerk _____ : _____

dsb

cc: